UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

      Plaintiff,

v.                                                      Case No: 6:18-mc-55-Orl-41GJK

**PLATINIM PROPERTIES INVESTOR NETWORK, INC., THE HARTMAN MEDIA COMPANY, LLC and JASON HARTMAN,**

      Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Attorney's Fees and Costs (Doc. 10). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 14), recommending that the Court deny the motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees and Costs (Doc. 10) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2019.



Copies furnished to:

Counsel of Record